UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:  ERIKA RHODES                                      CASE NO: 14-32060-DHW
        251 EASTDALE RD APT D
        MONTGOMERY, AL 36117

        Soc. Sec. No.  XXX-XX-6604
                Debtor.

## INCOME WITHHOLDING ORDER

TO: AUBURN UNIVERSITY AT MONTGOMERY
    CASHIER OFFICE
    P O BOX 244023
    MONTGOMERY, AL 36124-4023

    The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

    ORDERED that AUBURN UNIVERSITY AT MONTGOMERY withhold from the wages, earnings, or other income of this debtor the sum of **$235.00   BI-WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE
14-32060-DHW ERIKA RHODES
P O BOX 613108
MEMPHIS TN  38101-3108**

    The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

    This Order continues in force and effect until further Order of this court.

    Done Wednesday, April 20, 2016.


cc: Debtor                                    */s/ Dwight H. Williams Jr.*
    Debtor's Attorney                         Dwight H. Williams Jr.
                                              United States Bankruptcy Judge