# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In Re:  
ERIKA RHODES  
251 EASTDALE RD APT D  
MONTGOMERY, AL 36117

Case No.14-32060-DHW  
Chapter 13

Debtor  
SSN: XXX-XX-6604

---

## Order Releasing Wages

---

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

> STATE OF ALABAMA  
> STATE COMPTROLLERS OFFICE  
> 100 N UNION ST STE 284  
> MONTGOMERY, AL  36130-2602

The above employer is authorized to pay all future wages to the debtor.

Done this Wednesday, April 20, 2016.

*/s/ Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge

**CC:**  ERIKA RHODES

STATE OF ALABAMA  
STATE COMPTROLLERS OFFICE  
100 N UNION ST STE 284  
MONTGOMERY, AL  36130-2602

In Re:  
ERIKA RHODES  
251 EASTDALE RD APT D  
MONTGOMERY, AL 36117  

Case No.14-32060-DHW  
Chapter 13  

Debtor  
SSN: XXX-XX-6604  

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

STATE OF ALABAMA  
STATE COMPTROLLERS OFFICE  
100 N UNION ST STE 284  
MONTGOMERY, AL  36130-2602  

The above employer is authorized to pay all future wages to the debtor.

Done this Wednesday, April 20, 2016.

*/s/ Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge  

cc: STATE OF ALABAMA

ERIKA RHODES  
251 EASTDALE RD APT D  
MONTGOMERY, AL 36117